UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE NEW,<br><br>    Plaintiff,<br><br>v.<br><br>DARRYL WILLIAMS, et al.,<br><br>    Defendants. | Case No. 17-cv-05631-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING REMAND TO STATE COURT**<br><br>Re: Dkt. No. 9, 10 |

The Court has reviewed Magistrate Judge James' Report and Recommendation Re Remand to State Court. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that the motion to remand is GRANTED. The Clerk is directed to remand this case to the San Francisco County Superior Court and close the file.

**IT IS SO ORDERED.**

Dated: November 3, 2017

HAYWOOD S. GILLIAM, JR.
United States District Judge